## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of New York

Index Number: 24-5475

Date Filed: 7/22/2024

Plaintiff:
**MICHAEL SAUNDERS, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUTAED**

vs.

Defendant:
**BAY SMOKES LLC**

For:
JOSEPH & NORINSBERG, LLC

Received by MERIDIAN INVESTIGATIONS & SECURITY, LLC on the 24th day of July, 2024 at 1:29 pm to be served on **BAY SMOKES LLC ATTN: DUSTIN M. ROBINSON, 1000 S.E. 2ND STREET, #6, FORT LAUDERDALE, FL 33301**.

I, Willie Wiggins Jr., being duly sworn, depose and say that on the **27th day of July, 2024** at **7:30 am, I:**

**AFFIXED** a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT and EXHIBITS** to the door at the address of: **1000 S.E. 2ND STREET, #6, FORT LAUDERDALE, FL 33301**, the same being the defendant/respondent's place of **Work** within the State of Florida. Deponent completed service by mailing a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT and EXHIBITS** in a postpaid envelope to the address of: **1000 S.E. 2ND STREET, #6, FORT LAUDERDALE, FL 33301** bearing the words "Personal & Confidential" by First Class Mail on **7/27/2024** and placed in an official depository of the U.S.P.S. in the State of Florida.

**Additional Information pertaining to this Service:**
7/24/2024 7:09 pm Attempted service at 1000 S.E. 2ND STREET #6, FORT LAUDERDALE, FL 33301, no answer at residence
7/25/2024 9:51 am Attempted service at 1000 S.E. 2ND STREET #6, FORT LAUDERDALE, FL 33301, no answer at residence
7/26/2024 7:37 am Attempted service at 1000 S.E. 2ND STREET #6, FORT LAUDERDALE, FL 33301. No cars in parking area. No answer after knocking.
7/27/2024 7:27 am Attempted service at 1000 S.E. 2ND STREET #6, FORT LAUDERDALE, FL 33301. No activity at the resident. No cars parked in driveway. No answer at the resident.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the 17th judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing Verified Return of Service and the facts stated in it are true. Notary not required pursuant to FL Statute 92.525 Sec (2).

Willie Wiggins Jr.
1143

Subscribed and Sworn to before me on the 28th day of July, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

BRUCE L WALTHER
Notary Public-State of Florida
Commission # HH 452193
My Commission Expires
October 08, 2027

**MERIDIAN INVESTIGATIONS & SECURITY, LLC**
**48 DAVIS AVENUE**
**PORT WASHINGTON, NY 11050**
**(516) 822-7070**

Our Job Serial Number: WIG-2024002856