UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL SAUNDERS,<br><br>    Plaintiff,<br><br>-v-<br><br>BAY SMOKES LLC,<br><br>    Defendant. | CIVIL ACTION NO. 24 Civ. 5475 (DEH) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

On September 11, 2024, the parties filed a Joint Letter-Motion requesting a 45-day stay of all deadlines "to permit the completion of an amicable settlement." (ECF No. 10 at 1). The Court granted the requested relief and directed the parties to "file either a stipulation of dismissal or a joint status letter on the docket" by Monday, October 28, 2024. (ECF No. 11 (the "Sept. 12 Order")). The parties have not timely complied with the Sept. 12 Order. As a one-time courtesy, the Court sua sponte extends the parties' deadline to comply to **Thursday, October 31, 2024.**

Dated:  New York, New York
     October 29, 2024

                        SO ORDERED.

                           _____
                           SARAH L. CAVE
                           United States Magistrate Judge