

**MEMO ENDORSED**

# Joseph & Norinsberg LLC
### Fighting for Employee Justice

**Queens Office**
69-06 Grand Avenue, 3rd Floor
Maspeth, New York 11378

**Manhattan Office**
110 East 59th Street, Suite 2300
New York, New York 10022

**Newark Office**
One Gateway Center, Suite 2600
Newark, New Jersey 07102

**Philadelphia Office**
1515 Market Street, Suite 1200
Philadelphia, Pennsylvania 19102

**Boston Office**
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110

**Orlando Office**
300 N. New York Ave, Suite 832
Winter Park, Florida 32790

Jon L. Norinsberg, Esq.
jon@norinsberglaw.com

October 29, 2024

Honorable Judge Dale E. Ho
United States District Court-SDNY
500 Pearl Street, Room 1105
New York, NY 10007-1312

Re: **Michael Saunders v. Bay Smokes LLC**
Civil Docket No.: 1:24-cv-05475-DEH-SLC
<u>STIPULATION FOR DISMISSAL</u>

Dear Judge Ho,

We represent Plaintiff, Michael Saunders ("Plaintiff") in the above referenced ADA matter. Together with Defendant's counsel, we write to respectfully inform the Court that the Parties have hereby settled and have stipulated that the matter be dismissed with prejudice, without costs or attorneys' fees.

We thank the Court for its time and attention in this matter.

Sincerely,

Jon L. Norinsberg, Esq.
*Attorney for Plaintiff*
110 East 59th Street, Suite 2300
New York, New York 10022
Tel. No.: (212) 227-5700
Fax No.: (212) 406-6890
jon@norinsberglaw.com

The Court is in receipt of the endorsed letter.  **By November 22, 2024**, the parties shall re-file this Stipulation of Voluntary Dismissal after the document has been signed in ink by counsel for both parties.  SO ORDERED.

Dated: November 15, 2024
New York, New York

Dale E. Ho
United States District Judge

---

www.employeejustice.com   |   Phone: 212.227.5700   |   Fax: 212.656.1889

*/s/ Howard Joel Stern*

_____
Howard Joel Stern, Esq.
Stern & Szpigiel, LLP
*Attorneys for Defendant*
170 Old Country Road, Suite 308
Mineola, NY 11501
Tel No.: (516) 873-1683
Fax No.: 516-873-1684
hstern@szplawpc.com