UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAUNDERS,<br><br>                    Plaintiff,<br><br>v.<br><br>BAY SMOKES LLC,<br><br>                    Defendant. | 24-CV-5475 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On October 29, 2024, the parties in the above-captioned matter filed a stipulation of voluntary dismissal. ECF No. 13. The following day, the Clerk of Court issued a notice to the parties informing them that the stipulation was deficient because it was not properly signed by all parties who had appeared in the case. On November 15, 2024, this Court issued an Order directing the parties to re-file their stipulation of voluntary dismissal—signed in ink by both parties—by November 22, 2024. ECF No. 14. To date, the parties have not complied with this Court's November 15, 2024 Order.

As a courtesy, the Court sua sponte extends' the parties' deadline to comply to Wednesday, November 27, 2024.

SO ORDERED.

Dated: November 25, 2024
       New York, New York

_____
DALE E. HO
United States District Judge