UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAUNDERS,<br><br>                Plaintiff,<br><br>    v.<br><br>BAY SMOKES LLC,<br><br>                Defendant. | 24-CV-5475 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On October 29, 2024, the parties in the above-captioned matter filed a stipulation of voluntary dismissal. ECF No. 13. The following day, the Clerk of Court issued a notice to the parties informing them that the stipulation was deficient because it was not properly signed by all parties who had appeared in the case. On November 15, 2024, this Court issued an Order directing the parties to re-file their stipulation of voluntary dismissal—signed in ink by both parties—by November 22, 2024. ECF No. 14. The parties did not comply with this Court's November 15, 2024 Order. As a courtesy, on November 25, 2024, the Court *sua sponte* extended the parties' deadline to comply with the November 15, 2024 Order to November 27, 2024. ECF No. 15. Again, parties have failed to meet their deadline.

The parties are hereby ORDERED to re-file their corrected stipulation of voluntary dismissal no later than Friday, December 6, 2024. No further extensions will be granted, and parties are cautioned that failure to comply with court orders may result in sanctions.

SO ORDERED.

Dated: December 3, 2024
       New York, New York

                                                  DALE E. HO
                                    United States District Judge